**MCORP FINANCIAL, INC., MCorp Mgt. and MCorp., Plaintiffs–Appellees,**

**and**

**Official Creditors' Committee of MCorp, MCorp Financial, Inc., and MCorp Mgt., Intervenors–Appellees,**

**v.**

**BOARD OF GOVERNORS FEDERAL RESERVE SYSTEM OF the UNITED STATES of America, Defendant–Appellant.**

No. 89–2816.

United States Court of Appeals,
Fifth Circuit.

April 1, 1992.

Jeffrey Clair, William Kanter, Asst. Attys. Gen., Dept. of Justice, Civ. Div./Appellate Staff, Washington, D.C., for defendant-appellant.

Harvey R. Miller, Alan B. Miller, D.J. Baker, Weil, Gotshal & Manges, New York City, Howard N. Cayne, Arnold & Porter, Washington, D.C., for MCorp, et al.

John P. Lynch, Deborah Corthier Paskin, Latham & Watkins, Chicago, Ill., Robert J. Rosenberg, Latham & Watkins, New York City, for Official Creditors, et al.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before REYNALDO G. GARZA, WILLIAMS and DAVIS, Circuit Judges.

PER CURIAM:

This case has been remanded to us by the Supreme Court, 112 S.Ct. 459, 116 L.Ed.2d 358 (1991), for disposition consistent with its opinion. The Court concluded that the district court was without jurisdiction to entertain this suit. Accordingly, the injunction entered by the district court is

vacated, and the action dismissed for lack of jurisdiction.